

NUMBER 13-17-00704-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

LORA RAE CHILDRESS,                                                         Appellant,

v.

DANNY RAY REGALADO,                                                        Appellee.

On Appeal from the 25th Court
of Gonzales County, Texas.

## ORDER

Before Justices Rodriguez, Contreras, and Hinojosa
Order Per Curiam

Appellee's counsel, Rafael Leal, has filed a motion to withdraw as counsel. We grant said motion. Pursuant to Rule 6.5(c) of the Texas Rules of Appellate Procedure, counsel is directed to notify appellee, in writing, of any previously undisclosed deadlines

and file a copy of that notice with the Clerk of this Court.

Appellee is directed to notify the Court promptly if he retains new counsel on appeal by filing a notice including that attorney's name, mailing address, email address, telephone number, facsimile number, and State Bar of Texas identification number. *See generally* TEX. R. APP. P. 6. In the interim, the Court expects this appeal to proceed as per the appellate rules. Appellee is expected to comply with all applicable deadlines and filings should comply with the Texas Rules of Appellate Procedure.

It is so ORDERED.

PER CURIAM

Delivered and filed this the
13th day of March, 2018.

2